

Certified to be a true and correct copy of original filed in this District. Dated 1/10/11 Mary L. Moran, Clerk of Court US District Court of Oregon By Deputy Clerk ___ Through ___ Pages ___

FILED'11 JAN 10 14:22 USDC-ORP

FILED'11 FEB 16 13:57 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | CR 03-463-01-HA |
|---|---|
| v. | ORDER REVOKING SUPERVISED RELEASE TERM, IMPOSING SENTENCE, AND REIMPOSING SUPERVISED RELEASE TERM |
| JOHNNY ROTHY PALMER, | |
| Defendant. | |

On October 5, 2009, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 12 months to be followed by a 24-month term of supervised release subject to standard and special conditions. The term of supervised release began on September 17, 2010.

On October 18, 2010, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On January 10, 2011, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by engaging in new criminal activity (Possession of a Controlled Substance - Marijuana) and possessing a controlled substance, failing to report to the probation

*ORDER—PALMER, JOHNNY ROTHY*                                                              *Page 1*

officer as directed, failing to submit a truthful and complete written report within the first five days of each month, failing to notify the probation officer within 72 hours of any change in residence, associating with persons convicted of a felony without being granted permission by the probation officer, failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer, failing to participate in drug treatment, and failing to submit to urinalysis testing.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of 6 months.

**IT IS FURTHER ORDERED** that upon release from imprisonment, defendant is subject to reimposition of supervised release, pursuant to 18 USC § 3583(h), and is ordered to a term of supervised release for 6 months, subject to the standard conditions and the following special condition: 1) The defendant shall reside in and participate in the program of an inpatient drug treatment center, as directed by the probation officer, for a period not to exceed 6 months.

DATED this __10__ day of January, 2011.

_____
The Honorable Ancer L. Haggerty
Senior U.S. District Judge

DEFENDANT RECEIVED AT
FCI SHERIDAN AT SHERIDAN, OREGON
ON 02-02-11 .

J. E. Thomas
WARDEN
BY: _____

*ORDER—PALMER, JOHNNY ROTHY*                                            Page 2